```
            UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF GEORGIA
                  ATLANTA DIVISION
```

| | |
|---|---|
| BERNADO O. DAVIS, | |
| Movant, | CIVIL ACTION |
| v. | NO. 1:14-CV-3511-CAP |
| UNITED STATES OF AMERICA, | CRIMINAL ACTION |
| Respondent. | NO. 1:13-CR-58-2 |

O R D E R

After carefully considering the report and recommendation of the magistrate judge and finding no error, the court receives the report and recommendation with approval and adopts it as the opinion and order of this court.

The movant has also filed a Motion to Dismiss By a Person in Federal Custody [Doc. No. 183], wherein he asserts several of the same arguments that the magistrate judge rejected.  He also raises two new grounds, double jeopardy and bankruptcy.  Since the movant was not tried twice, his double jeopardy argument is without merit.  His claim that the legislation creating the Federal Reserve Bank system resulted in the bankruptcy of the United States (thereby depriving the country of its sovereignty), since Federal Reserve notes became legal tender is without merit.  This motion is DENIED.

In his Motion for Relief from the Judgment [Doc. No. 184], the movant argues that the federal courts have no authority to enforce federal criminal statutes unless the federal government has filed a notice with the appropriate state governor regarding the federal

government's intent to enforce the criminal laws in the state. Because this argument is without merit, the motion is DENIED.

The movant's Motion to Supplement with New Case Law [Doc. No. 185] is GRANTED.  However, the cases cited by the movant provide no basis for this court to grant the movant's section 2255 motion.

SO ORDERED, this 20th day of May, 2015.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge